**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*: _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **VegasNAP, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA FiberHub<br>DBA Versaweb<br>DBA UltraVPS<br>DBA VP Easy |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-1249047 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1110 Palms Airport Dr., Ste. 110<br>Las Vegas, NV 89119<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Clark<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    www.fiberhub.com

6. Type of debtor

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **VegasNAP, LLC**  Case number (*if known*)
          Name

7. Describe debtor's business    A. *Check one.*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　☐ A plan is being filed with this petition.
   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   If more than 2 cases, attach a separate list.

   ■ No
   ☐ Yes.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

Debtor  **VegasNAP, LLC**
Name

Case number (*if known*) _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | District | When | Relationship | Case number, if known |
|---|---|---|---|---|
| | | | | |

11. Why is the case filed in this district?

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

13. Debtor's estimation of available funds

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of creditors

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

15. Estimated Assets

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

16. Estimated liabilities

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **VegasNAP, LLC**
        Name

Case number (*if known*) _____

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **VegasNAP, LLC**                                              Case number (if known) _____
             Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct

    Executed on   6/12/23
                  MM / DD / YYYY

    X _____        Don J. Reed,
    Signature of authorized representative of debtor     Printed name

    Title   COO

18. **Signature of attorney**

    X _____        Date   6/12/23
    Signature of attorney for debtor                   MM / DD / YYYY

    Matthew C. Zirzow 7222
    Printed name

    Larson & Zirzow, LLC
    Firm name

    850 E. Bonneville Ave.
    Las Vegas, NV 89101
    Number, Street, City, State & ZIP Code

    Contact phone   702-382-1170          Email address   mzirzow@lzlawnv.com

    7222 NV
    Bar number and State

## UNANIMOUS WRITTEN CONSENT OF THE MANAGERS OF
## VEGASNAP, LLC, a Nevada limited liability company

The undersigned, being all of the Managers of VEGASNAP, LLC, a Nevada limited liability company (the "Company"), hereby approve the following resolutions as of June 9, 2023:

RESOLVED that in the judgment of the Managers of the Company, and upon the advice of bankruptcy counsel to the Company, it is desirable and in the best interests of the Company and its creditors that a voluntary petition for relief be filed under chapter 11, subchapter V, of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby.

RESOLVED that Don J. Reed (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the U.S. Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems appropriate to commence the chapter 11 case and proceed therewith to conclusion.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the Managers of the Company, by execution hereof, hereby approve this Written Consent as of the date first above written.

VEGASNAP, LLC,
a Nevada limited liability company:

By: _____
Don J. Reed, as Manager

By: _____
Betty M. Fisher-Reed, as Manager

By: _____
Robert J. Tyree, as Manager

By: _____
Natalie R. Tyree, as Manager

**Fill in this information to identify the case:**

Debtor name: VegasNAP, LLC

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/12/23        X _____
                            Signature of individual signing on behalf of debtor

                            Don J. Reed,
                            Printed name

                            COO
                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: VegasNAP, LLC
United States Bankruptcy Court for the: DISTRICT OF NEVADA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | Penalties and Interest | Disputed | | | $282,193.00 |
| Zayo Group, LLC<br>Attn: Bankr. Dept/Managing Agt.<br>1805 29th St., Suite 2050<br>Boulder, CO 80301 | | Services | Disputed | | | $152,339.00 |
| Hurricane Electric Internet Services<br>Attn: Bankruptcy Dept/Managing Agent<br>760 Mission Court<br>Martinez, CA 94553-9000 | | Serivces | | | | $138,347.48 |
| ColoHouse<br>Attn: Bankr. Dept/Managing Agt.<br>36 NE 2nd Street, Ste. 400<br>Miami, FL 33132 | | Services | Disputed | | | $127,918.00 |
| Zayo Group, LLC<br>Attn: Bankr. Dept/Managing Agt.<br>1805 29th St., Suite 2050<br>Boulder, CO 80301 | | Services | Disputed | | | $126,269.60 |

Debtor: VegasNAP, LLC

Case number (if known): _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| GTT Communications<br>Attn: Bankruptcy Dept/Managing Agent<br>7900 Tysons One Place, Ste. 1450<br>Mc Lean, VA 22102 | | Services | | | | $100,674.07 |
| NV Energy<br>Attn: Bankruptcy Dept. / Managing Agent<br>PO Box 30086<br>Reno, NV 89520 | | Services | Disputed | | | $94,220.00 |
| Carrier-1 Round Table, LLC<br>Attn: Bankr. Dept/Managing Agt.<br>1515 Round Table Dr.<br>Dallas, TX 75247 | | Services | | | | $60,278.55 |
| Integra Telecom/All Stream<br>Attn: Bankruptcy Dept/Managing Agent<br>18110 SE 34th Street, Bldg. 1, Ste.100<br>Vancouver, WA 98683 | | Services | | | | $56,147.17 |
| Cogent Communications, Inc.<br>Attn: Bankr. Dept/Managing Agt.<br>2450 N. Street, NW<br>Washington, DC 20037 | | Services | | | | $39,177.00 |
| Hibernia/GTT<br>Attn: Bankruptcy Dept/Managing Agent<br>7900 Tysons One Place, Ste. 1450<br>Mc Lean, VA 22102 | | Services | | | | $37,880.00 |

Debtor   **VegasNAP, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Attn: Bankruptcy Dept/Managing Agent P.O. Box 7346 Philadelphia, PA 19101 | | 941 Taxes | Disputed | | | $37,841.00 |
| Level 3 Communications Attn: Bankruptcy Dept/Managing Agent 1 Aerojet Way North Las Vegas, NV 89030 | | Services | | | | $30,896.00 |
| DE-Cix Attn: Bankruptcy Dept/Managing Agent 590 Madison Ave., 21st Floor New York, NY 10022 | | Services | | | | $30,000.00 |
| Wilcon Attn: Bankruptcy Dept/Managing Agent 624 South Grand Ave., Ste. 2500 Los Angeles, CA 90017 | | Services | | | | $23,064.00 |
| NV Energy Attn: Bankruptcy Dept. / Managing Agent PO Box 30086 Reno, NV 89520 | | Services | Disputed | | | $14,564.00 |
| Cox Business Attn: Bankruptcy Dept/Managing Agent 6205-B Peachtree Dunwoody Road NE Atlanta, GA 30328 | | Services | | | | $8,296.00 |
| Stanley Security Solutions Attn: Bankruptcy Dept/Managing Agent 6295 Pearl St., Ste. 100 Las Vegas, NV 89120 | | Services | | | | $7,656.53 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Debtor  **VegasNAP, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PacketFabric, Inc.<br>Attn: Bankr. Dept/Managing Agt.<br>9920 Jefferson Blvd.<br>Culver City, CA 90232 | | Security system services | | | | $7,113.00 |

## United States Bankruptcy Court
### District of Nevada

In re   VegasNAP, LLC

Debtor(s)

Case No.
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the _____ of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 6/12/23

Don J. Reed,
Signer/Title

VegasNAP, LLC
1110 Palms Airport Dr., Ste. 110
Las Vegas, NV 89119

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Office of the Regional Chief Counsel
Region IX
160 Spear Street, Ste. 800
San Francisco, CA 94105-1545

Balboa Capital Corp.
Attn: Bankr. Dept/Managing Agt.
575 Anton Blvd., 12th Floor
Costa Mesa, CA 92626

BFG Corporation
d/b/a Byline Financial Group
Attn: Bankr. Dept/Managing Agt.
2801 Lakeside Drive, Ste. 212
Deerfield, IL 60015

Carrier-1 Round Table, LLC
Attn: Bankr. Dept/Managing Agt.
1515 Round Table Dr.
Dallas, TX 75247

Cogent Communications, Inc.
Attn: Bankr. Dept/Managing Agt.
2450 N. Street, NW
Washington, DC 20037

ColoHouse
Attn: Bankr. Dept/Managing Agt.
36 NE 2nd Street, Ste. 400
Miami, FL 33132

Cox Business
Attn: Bankruptcy Dept/Managing Agent
6205-B Peachtree Dunwoody Road NE
Atlanta, GA 30328

CrestMark Vendor Finance
Attn: Bankr. Dept/Managing Agt.
P.O. Box 233756
3756 Momentum Place
Chicago, IL 60689-5337

CSC Leasing Inc.
Attn: Bankr. Dept/Managing Agt.
6806 Paragon Place, Ste. 170
Richmond, VA 23230

CT Corp. System, as Rep.
330 N. Brand Blvd., Ste. 700
Attn: SPRS
Glendale, CA 91203

De Lage Landen Financial Serv.
Attn: Bankr. Dept/Managing Agt.
1111 Old Eagle School Road
Wayne, PA 19087

De Lage Landen Financial Serv.
Attn: Bankr. Dept/Managing Agt.
1111 Old Eagle School Rd.
Wayne, PA 19087

DE-Cix
Attn: Bankruptcy Dept/Managing Agent
590 Madison Ave., 21st Floor
New York, NY 10022

Dell Financial Services LLC
Mail Stop PS2DF-23
One Dell Way
Round Rock, TX 78682

DLI Assets, LLC
Attn: Bankr. Dept/Managing Agt.
1150 Foothill Blvd., Ste. F
La Canada Flintridge, CA 91011

GTT Communications
Attn: Bankruptcy Dept/Managing Agent
7900 Tysons One Place, Ste. 1450
Mc Lean, VA 22102

Hibernia/GTT
Attn: Bankruptcy Dept/Managing Agent
7900 Tysons One Place, Ste. 1450
Mc Lean, VA 22102

HP Financial Services
Attn: Bankr. Dept/Managing Agt.
200 Connell Drive, Ste. 5000
Berkeley Heights, NJ 07922

HP Financial Services Co.
Attn: Bankr. Dept/Managing Agt.
200 Connell Drive, Suite 5000
Berkeley Heights, NJ 07922

Hurricane Electric Internet Services
Attn: Bankruptcy Dept/Managing Agent
760 Mission Court
Martinez, CA 94553-9000

Integra Telecom/All Stream
Attn: Bankruptcy Dept/Managing Agent
18110 SE 34th Street, Bldg. 1, Ste.
Vancouver, WA 98683

Leaf Captial Funding, LLC
Attn: Bankr. Dept/Managing Agt.
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Level 3 Communications
Attn: Bankruptcy Dept/Managing Agent
1 Aerojet Way
North Las Vegas, NV 89030

Lion Technology Finance LLC
Attn: Bankr. Dept/Managing Agt.
1999 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067

Lion Technology Finance LLC
Attn: Bankr. Dept/Managing Agt.
1999 Ave. of the Stars, Ste. 1100
Los Angeles, CA 90067

Navitas Credit Corp.
Attn: Bankr. Dept/Managing Agt.
201 Executive Ctr. Dr., Ste. 100
Columbia, SC 29210

Path Network Inc.
Attn: Bankruptcy Dept/Managing Agent
2525 E. Camelback Rd., STe. 460
Phoenix, AZ 85016

U.S. Small Business Admin.
SBA Disater Loan Service Ctr.
1545 Hawkins Blvd., Ste. 202
El Paso, TX 79925-2652

Wilcon
Attn: Bankruptcy Dept/Managing Agent
624 South Grand Ave., Ste. 2500
Los Angeles, CA 90017

Byline Financial Group
Attn: Bankr. Dept/Managing Agt.
2801 Lakeside Drive, Ste. 212
Deerfield, IL 60015

Harsch Invest. Props.-Nevada LLC
Attn: Property Manager
3111 S. Valley View Blvd., Ste. K-101
Las Vegas, NV 89102

Meridian Equipment Finance
Attn: Bankr. Dept/Managing Agt.
9 Old Lincoln Highway
Malvern, PA 19355

Technijian Finance
Attn: Bankr. Dept/Managing Agt.
18 Technology Dr., Ste 141
Irvine, CA 92618

CrestMark Vendor Finance
Attn: Bankr. Dept/Managing Agt.
5480 Corporate Dr., Ste. 350
Troy, MI 48098

M2 Lease Funds
Attn: Bankr. Dept/Managing Agt.
175 N. Patrick Blvd., Ste. 140
Brookfield, WI 53045

NV Energy
Attn: Bankruptcy Dept. / Managing Agent
PO Box 30086
Reno, NV 89520

Paypal Working Capital
Attn: Executive Escelsation
P.O. Box 45950
Omaha, NE 68145-0950

Vantage Financial, LLC
Attn: Bankr. Dept/Managing Agt.
444 Second St.
Excelsior, MN 55331

Zayo Group, LLC
Attn: Bankr. Dept/Managing Agt.
1805 29th St., Suite 2050
Boulder, CO 80301

Cogent Communications, Inc.
Attn: Bankr.Dept/Managing Agt.
2450 N. Street, NW
Washington, DC 20037

Hurricane Electric Internet Serv.
Attn: Bankr. Dept/Managing Agt.
760 Mission Court
Martinez, CA 94553-9000

Meridian Equipment Finance
Attn: Bankr. Dept/Managing Agt.
9 Old Lincoln Hwy.
Malvern, PA 19355

Balboa Capital Corporation
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 15270
Irvine, CA 92623

Dallas County Tax Office
Attn: John R. Ames, CTA
P.O. Box 139066
Dallas, TX 75313-9066

Meridian Equipment Finance
Attn: Bankr. Dept/Managing Agt.
367 Eagleview Blvd.
Exton, PA 19341

PacketFabric, Inc.
Attn: Bankr. Dept/Managing Agt.
9920 Jefferson Blvd.
Culver City, CA 90232

Stanley Security Solutions
Attn: Bankruptcy Dept/Managing Age
6295 Pearl St., Ste. 100
Las Vegas, NV 89120

Western Equipment Finance
Attn: Bankr. Dept/Managing Agt.
503 Highway 2
Devils Lake, ND 58301

Balboa Capital Corporation
Attn: Bankr. Dept/Managing Agt.
575 Anton Blvd., 12th Floor
Costa Mesa, CA 92626

Cox Communications
Attn: Bankr. Dept./Managing Agt.
1700 Vegas Drive
Las Vegas, NV 89106

IsoFusion
Attn: Bankr. Dept/Managing Agt.
P.O. Box 58288
Seattle, WA 98138-1288

South Reach Networks
Attn: Bankr. Dept/Managing Agt.
36 NE Second Street, Ste. 250
Miami, FL 33132

Byline Financial
Attn: Bankr. Dept/Managing Agent
180 N. LaSalle St., Suite 300
Chicago, IL 60601

De La Corporation
Attn: Bankruptcy Dept/Managing Ag
1046-A Calle Recondo
San Clemente, CA 92673

De Lage Landen Financial Services
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 233756
Philadelphia, PA 19182-5736

Technijian Finance
Attn: Bankruptcy Dept/Managing Agent
18 Technology Dr., Ste 141
Irvine, CA 92618

U.S. Small Business Admin.
Attn: Legal Department
409 3rd St., SW
Washington, DC 20416

Howard
Attn: Bankr. Dept/Managing Agt.
5501 South Broadband Lane
Sioux Falls, SD 57108

U.S. Small Business Admin.
Attn: Bankr. Dept/Managing Agt.
312 N. Spring St., Fifth Floor
Los Angeles, CA 90012

Paypal Credit
Attn: Bankruptcy Dept/Managing Age
PO Box 105658
Atlanta, GA 30348

U.S. Small Business Admin.
SBA Denver Finance Ctr.
721 19th St.
Denver, CO 80202